IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | NO. 4:14CR173 |
| | § | Judge Crone |
| ▓▓▓▓▓▓▓▓▓▓▓▓ (1) | § | |
| ▓▓▓▓▓▓▓▓▓▓▓▓ (2) | § | |
| ▓▓▓▓▓▓▓▓▓▓▓▓ (3) | § | |
| FNU LNU, a/k/a "Primo" (4) | § | |
| ▓▓▓▓▓▓▓▓▓▓▓▓ (5) | § | |
| ▓▓▓▓▓▓▓▓▓▓▓▓ (6) | § | |

**SUPERSEDING INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation: 21 U.S.C. § 846 (Conspiracy to Distribute and Possess with the Intent to Distribute Cocaine)

That from sometime in or about June 2013 up to and including the date of this superseding indictment, in the Eastern District of Texas and elsewhere, ▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓,"**FNU LNU, a/k/a "Primo,"** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓ defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand

Jury, to knowingly and intentionally distribute and possess with the intent to distribute five kilograms or more of a mixture or substance containing a detectible amount of cocaine a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### Count Two

> Violation: 21 U.S.C. § 846 (Attempted Possession with Intent to Distribute a Controlled Substance)

On or about July 23, 2014, in the Eastern District of Texas, defendants ▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮▮▮▮ did knowingly and intentionally attempt to possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

In violation of 21 U.S.C. § 846.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Criminal Forfeiture Pursuant to 18 U.S.C. § 982

As a result of committing the offenses charged in this Indictment, the defendants herein may have used or intended to use property to commit or facilitate the offenses and/or property derived from proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 846.

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____       _____
JAY R. COMBS                                                   Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | NO. 4:14CR173 |
| | § | Judge Crone |
|  (1) | § | |
| (2) | § | |
| (3) | § | |
| FNU LNU, a/k/a "Primo" (4) | § | |
| (5) | § | |
| , | § | |
| (6) | § | |

## NOTICE OF PENALTY

### Count One

Violation:    21 U.S.C. § 846 - Conspiracy

Penalty:      If five kilograms or more of a mixture or substance containing a detectable amount of cocaine -- not less than 10 years nor more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00

### Count Two

Violation:    21 U.S.C. § 846 - Attempt

Penalty:      If five kilograms or more of a mixture or substance containing a detectable amount of cocaine -- not less than 10 years nor more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00

Indictment/Notice of Penalty
Page 4